# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 1, 2006

131370

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PATRICIA D. BRACKETT,
      Plaintiff-Appellee,

v

FOCUS HOPE and ACCIDENT FUND
INSURANCE COMPANY OF AMERICA,
      Defendants-Appellants.

SC: 131370
COA: 266018
WCAC: 04-000165

_____/

On order of the Court, the application for leave to appeal the April 28, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted, in light of *Daniel v Dep't of Corrections*, 468 Mich 34 (2003).

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 1, 2006

*Corbin R. Davis*

Clerk

t1025